ANEJO B

**EXHIBIT 2**

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
### SALA SUPERIOR DE CAROLINA

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT COLÓN**<br><br>Parte Demandante<br><br>v.<br><br>**TIDEL REALTY CORP.; PLAZA LOIZA CORPORATION; ENCANTO RESTAURANTS, INC.; FULANOS DE TAL 1-100**<br><br>Parte Demandada | **CIVIL NÚM: CA2022CV01411**<br><br><br><br>**SOBRE:**<br>**PETICIÓN DE ORDEN** |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

RECEIVED
MAY 23 2022
REICHARD & CALAF P.S.C.
J.A.J 10:45am

A:

**Encanto Restaurants, Inc.**
DIRECCIÓN: Montehiedra Office Centre 9615 Los Romero Ave. Suite 200 San Juan, PR 00926-7037.

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los **30** días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

| | |
|---|---|
| Nombre del Abogado: | JOSÉ CARLOS VÉLEZ COLÓN (RUA: 18913) |
| Dirección: | 421 AVE MUNOZ RIVERA, APT #205, SAN JUAN, PUERTO RICO, 00918-4015<br>Tel: (787)-254-8267 |
| Correo Electrónico: | VLG@VELEZLAWGROUP.COM |

Expedido bajo mi firma y sello del Tribunal, el _____ de MAY 10 2022 de _____

Lcda. Marilyn Aponte Rodríguez
Nombre del (de la)
Secretario(a) Regional

Por: _____
Nombre y Firma del (de la)
Secretaria Auxiliar

F03

## PRUEBA DEL DILIGENCIAMIENTO

NUM.: DE CASO: CA2022CV01411
Faustino Xavier Betancourt Colón V. Plaza Loaiza Corporation y otros.

Yo, _Gabriel Santana_ declaro tener capacidad legal conforme a la Regla 4.3 de las Reglas de Procedimiento Civil de Puerto Rico, y certifico bajo mi firma y juramento que el diligenciamiento del **EMPLAZAMIENTO** y **DEMANDA** (en adelante, "**DEMANDA**") en el caso de referencia fue realizado por mí persona de la manera en que se indica más abajo:

1. **FECHA** y hora del diligenciamiento: _23-Mayo-2022_.

2. **LUGAR o DIRECCIÓN** de la entrega del Emplazamiento y copia de la Demanda de manera conjunta:
_361 San Francisco St. San Juan, P.R 00901_

3. **MODO O FORMA DE ENTREGA** Entregué copia del Emplazamiento y copia de la Demanda de manera conjunta y personalmente a la persona indicada abajo, quien aseguró estar autorizado a recibir emplazamientos a nombre de la persona que consta al dorso conforme a la Regla 4.4 de las Reglas de Procedimiento Civil de Puerto Rico.

4. **EL NOMBRE DE LA PERSONA AUTORIZADA QUE RECIBIÓ EL EMPLAZAMIENTO Y DEMANDA ES:**
_Lic. Federico Calaf p/c CT. Corp. System_

5. **FIRMA DEL DILIGENCIANTE:** _[signature]_

*********************************************************************
### DECLARACION DEL DILIGENCIANTE
### (ANTE LA SECRETARIA DEL TRIBUNAL)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información arriba provista en el diligenciamiento del emplazamiento es verdadera y correcta.

**Y PARA QUE ASÍ CONSTE,** suscribo la presente en _Carolina_, Puerto Rico, hoy día _25_ de _Mayo_ del año **2022**.

_[signature]_
**FIRMA DEL EMPLAZADOR**

Jurado y suscrito ante mí por _Gabriel Santana_ de las circunstancias personales arriba mencionadas, a quien por no conocer personalmente, doy fe de haber identificado mediante la siguiente identificación personal:

_Lic. 6889367_

En _Carolina_, Puerto Rico hoy _25_ de _mayo_ de 2022.

Lcda. Marilyn Aponte Rodríguez
Secretaria Regional
**FUNCIONARIO AUTORIZADO**

Myrna Liz Llanos Roldán
Secretaria del Tribunal Confidencial I


