UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Vazquez-Alberty, Carlos A.

USDC-PR Bar Number: 306903

Email Address: carlos.vazquez@oneillborges.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

    Plaintiff: Faustino Xavier Betancourt Colón

    Defendant: Tidel Realty Corp.

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted: 6/21/2022

rev. Dec. 2009

Print Form    Reset Form