IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT COLON,<br><br>     Plaintiff,<br><br>           v.<br><br>TIDEL REALTY CORP.; PLAZA LOIZA CORPORATION; ENCANTO RESTAURANTS, INC.; JOHN DOES 1-100<br><br>     Defendants. | Civil No.: 22-cv-01294 |

### LEAVE TO FILE DOCUMENTS WITHOUT A CERTIFIED TRANSLATION AS EXHIBITS TO DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE COURT:**

**COMES NOW** defendant, Encanto Restaurants, Inc. d/b/a Pizza Hut ("Pizza Hut"), through the undersigned counsel, and respectfully states and prays as follows:

1.  On this same date, Pizza Hut is filing a Notice of Removal.

2.  In support of its Notice of Removal, Pizza Hut included Exhibits Nos. 1 and 2 in Spanish. As such, Pizza Hut respectfully requests this Honorable Court to grant leave to file said documents in their original Spanish version.

3.  Pizza Hut estimates that it will be able to submit the translation of said Spanish documents within thirty (30) days – that is, on or before July 21, 2022.

**WHEREFORE,** Pizza Hut respectfully requests this Honorable Court to grant the requested leave.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of June 2022.

        **O'NEILL & BORGES LLC**
        250 Muñoz Rivera Ave., Suite 800
        San Juan, PR  00918-1813
        Tel. (787) 764-8181 / Fax (787) 753-8944

By:    *s/Alberto J. Bayouth-Montes*
        Alberto J. Bayouth-Montes
        USDC-PR No. 228313
        alberto.bayouth@oneillborges.com

        *s/Carlos A. Vázquez-Alberty*
        Carlos A. Vázquez-Alberty
        USDC-PR 306903
        carlos.vazquez@oneillborges.com