IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLÓN,<br><br>Plaintiff,<br><br>v.<br><br>TIDEL REALTY CORP., ET AL.<br><br>Defendants. | CIV. NO. 22-1294 (SCC) |

**JUDGMENT**

In light of the Opinion and Order entered at Docket No. 14, the instant case is hereby **REMANDED** to the Commonwealth of Puerto Rico's Court of First Instance, Superior Court of Carolina, for further proceedings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of July 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE